## OHIO CASUALTY INS. CO. v. ANDERSON

No. 26P83.

Case below: 59 N.C. App. 621.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 8 March 1983.

## RDC, INC. v. BROOKLEIGH BUILDERS

No. 64PA83.

Case below: 60 N.C. App. 375.

Petition by defendant Foster & Hailey, Inc. for discretionary review under G.S. 7A-31 allowed 8 March 1983.

## STATE v. BALDWIN

No. 50P83.

Case below: 59 N.C. App. 430.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 8 March 1983.

## STATE v. BOONE

No. 29PA83.

Case below: 59 N.C. App. 730.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 8 March 1983.

## STATE v. CREWS

No. 58P83.

Case below: 60 N.C. App. 216.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 8 March 1983.